

| | |
|---|---|
| ALABAMA | ILLINOIS |
| CALIFORNIA | MISSISSIPPI |
| CONNECTICUT | NEVADA |
| FLORIDA | NEW JERSEY |
| GEORGIA | NEW YORK |

420 Lexington Avenue, Suite 840
New York, New York 10170
(347) 286-7409
**www.mccalla.com**

August 14, 2018

<u>*Via ECF*</u>
Chief Judge Carla E. Craig
U.S. Bankruptcy Court, EDNY
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East - Suite 1595
Brooklyn, NY 11201-1800

                RE:    In re: Robin-Alexis Benjamin aka Robin Benjamin aka Robin A Richmond
                        Case Number 1-18-42101-cec
                        Objection to Confirmation of Plan

Dear Judge Craig,

      This letter is to advise all interested parties that the Objection to Confirmation of Plan for the above-stated matter brought by Fay Servicing, LLC, at docket entry #14, is hereby withdrawn.

                                                      Respectfully submitted,

                                                      */s/Phillip Raymond*
                                                      Phillip Raymond